**Glen A. CARVALHO**

v.

**Debra J. CARVALHO.**

No. 79–192–A.

Supreme Court of Rhode Island.

Jan. 29, 1980.

Thomas T. Brady, Tiverton, for petitioner.

Kirshenbaum Law Offices, Inc., Allen M. Kirshenbaum, Providence, for respondent.

## ORDER

Respondent is hereby ordered to appear before this Court on Monday, March 3, 1980, at 9:30 a. m. to Show Cause why her appeal

in the above-entitled matter should not be dismissed for lack of prosecution for failure to comply with Rule 16 of the Rhode Island Supreme Court.